UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM H. VAUGHAN ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:10-0001 |
| ] | Judge Trauger |
| WARDEN DAVID MILLS ] | |
|     Respondent. ] | |

## **O R D E R**

The Court has before it a *pro se* § 2254 petition (Docket Entry No. 1), for writ of habeas corpus, the respondent's Motion for Summary Judgment (Docket Entry No. 17) and petitioner's Response (Docket Entry No. 20) to the respondent's Motion.

In accordance with the Memorandum contemporaneously entered, the Court finds merit in the respondent's Motion for Summary Judgment. Accordingly, respondent's Motion is GRANTED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                                                                      Aleta A. Trauger
                                                                                    United States District Judge